IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                     **Crim. Action No.: 1:20cr19**
                                                                      **(Judge Kleeh)**

**WILLIAM MAYLEN CRAYTON, II,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 38],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On January 4, 2021, the Defendant, William Maylen Crayton, II ("Crayton"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count One, Count Two, Count Three, and Count Four of the Indictment. Count One charges him with Possession with Intent to Distribute Fifty Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii). Count Two charges him with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Count Three charges him with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Count Four charges him with Possession with Intent to Distribute Heroin, in violation of Title

USA v. CRAYTON                                                   1:20-CR-19

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 38],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Crayton stated that he understood that the magistrate judge is not a United States District Judge, and Crayton consented to pleading before the magistrate judge. This Court referred Crayton's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Crayton's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Crayton was competent to enter a plea, that the plea was freely and voluntarily given, that Crayton was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 38] finding a factual basis for the plea and recommending that this Court accept Crayton's plea of guilty to Counts One, Two, Three, and Four of the Indictment.

USA v. CRAYTON                                                        1:20-CR-19

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 38],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither Crayton nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 38], provisionally **ACCEPTS** Crayton's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Count One, Count Two, Count Three, and Count Four of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1.   The Probation Officer shall undertake a presentence investigation of Crayton, and prepare a presentence investigation report for the Court;

**USA v. CRAYTON** 1:20-CR-19

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 38], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

2. The Government and Crayton shall each provide their narrative descriptions of the offense to the Probation Officer by **February 8, 2021**;

3. The presentence investigation report shall be disclosed to Crayton, his counsel, and the Government on or before **April 9, 2021**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **April 23, 2021**;

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **May 7, 2021**; and

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **May 21, 2021.**

The magistrate judge remanded Defendant to the custody of the United States Marshals Service.

The Court will conduct the **Sentencing Hearing** for Crayton on **June 1, 2021**, at **11:30 a.m.**, at the **Clarksburg, West Virginia** point

4

USA v. CRAYTON                                                          1:20-CR-19

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 38], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: January 26, 2021.

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE